**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| SUMAYA HUSSEIN, *on behalf of herself and all others similarly situated,* | ) ) ) |
| Plaintiff, | ) Case No. 1:26-cv-01288 |
| v. | ) ) ) |
| MADE BY MARY, LLC, | ) ) |
| Defendant. | ) |

**AGREED MOTION TO STAY**

Defendant Clive Holdings, LLC, by its undersigned counsel, respectfully moves this Court to stay all deadlines in this action through August 5, 2026.  In support of its motion, Defendant states as follows:

1. By order dated May 27, 2026, the Court set Defendant's response deadline, directed the parties to file a Rule 26(f) planning report by June 30, 2026, and set a scheduling conference for July 7, 2026.  (ECF No. 18.)

2. Plaintiff and Defendant jointly desire to stay all deadlines in this action through and including August 5, 2026.

3. The parties request this stay because they have reached a settlement in principle and are finalizing efforts that will bring about the voluntary dismissal of all claims asserted in this action without further litigation. As soon as the parties complete these efforts, voluntary dismissal will be filed.

4. Plaintiff's counsel consented to Defendant's counsel filing this agreed motion to stay.

5. Furthermore, this Motion is filed in good faith and is not interposed for the purposes of delay.

WHEREFORE, Defendant respectfully requests that the Court stay all deadlines in this action through August 5, 2026.

Dated: June 29, 2026                    Respectfully submitted,

*/s/ Joshua B. Concannon*

Joshua B. Concannon
DENTONS US LLP
233 South Wacker Dr., Suite 5900
Chicago, Illinois 60606
(312) 876-8919
*joshua.concannon@dentons.com*

*Counsel for Defendant Made by Mary, LLC*

2