**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**


Sumaya Hussein

                              Plaintiff,

v.                                                          Case No.: 1:26–cv–01288
                                                            Honorable Elaine E. Bucklo

Made By Mary, LLC

                              Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Thursday, July 9, 2026:


        MINUTE entry before the Honorable Elaine E. Bucklo: Parties report that they have reached an agreement in principle. Agreed motion to stay [21] is granted. This case is stayed until further order of the court. All previously set dates and deadlines are stricken. Status hearing is set for 8/13/2026 at 9:45 a.m. (to track the case only, no appearance is required). The parties shall file a joint written status report by 8/6/2026. The court will enter a scheduling order in response to the status report. If a stipulation to dismiss is submitted in advance of that date, no appearance is required. Agreed motion for extension of time to respond to complaint file the Rule 26(f) Planning Report, and for acontinuance of the scheduling conference [19] is moot. Mailed notice. (mgh, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.