## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

SUMAYA HUSSEIN, on behalf of herself and all others similarly situated,

        Plaintiffs,

        v.

Made By Mary, LLC,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

Case No.: 1:26-cv-1288

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**PLEASE TAKE NOTICE,** that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated: July 22, 2026

EQUAL ACCESS LAW GROUP, PLLC
*Attorneys for Plaintiff*

**/s/ Alison Chan**
By: Alison Chan, Esq.
4903 Avenue N
Brooklyn, NY 11234
O: 844-731-3343
D: 929-442-2154
Email: Achan@ealg.law